RAYMOND A. RICHARDS, Respondent, v. HOWARD G. MATHEWS, Appellant, et al., Defendant.— Appeal dismissed for failure to comply with previous order.

■

DOLORES DUSKY et al., Appellants, v. ADAM HEINTZ et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CILVA, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD WATSON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT R. HOAG, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. O'CONNOR, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW, LAWRENCE MUSCOREIL and NOLA RICHARDSON, Appellants, et al., Defendants.— Motion granted and appeal of Nola Richardson dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LYONS, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE SIMMONS, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PERRITANO, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES GAFFIN, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. B. GOREE, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ILA U. DELEHANTY, Appellant.— Motion granted and appeal dismissed.